UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 05 B 18033
   EDDIE BUTLER
   ELAINE JOSEPHINE BUTLER                CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1420     SSN XXX-XX-7882
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/05/2005 and was confirmed 07/25/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 08/06/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE CORP | CURRENT MORTG | 29081.77 | .00 | 29081.77 |
| EMC MORTGAGE CORP | MORTGAGE ARRE | 3711.73 | .00 | 2402.22 |
| FRANKLIN CREDIT MANAGEME | CURRENT MORTG | 4637.52 | .00 | 4637.52 |
| FORD MOTOR CREDIT | SECURED | 6500.00 | 628.69 | 3863.36 |
| FORD MOTOR CREDIT | UNSECURED | 3464.32 | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 25121.73 | 2429.86 | 14931.42 |
| TOYOTA MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CIRCUIT CITY | SECURED | 500.00 | 34.35 | 296.56 |
| LVNV FUNDING LLC | UNSECURED | 990.90 | .00 | .00 |
| HOUSEHOLD BANK | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4298.54 | .00 | 918.79 |
| CITY OF CHICAGO WATER DE | SECURED | 254.32 | 27.47 | 154.59 |
| INTERNAL REVENUE SERVICE | PRIORITY | 13356.43 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 9301.63 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 5881.29 | .00 | .00 |
| EDUCATION DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | 369.16 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3515.42 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 229.69 | .00 | .00 |
| MONEY MARKET PAYDAY EXPR | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE INC | UNSEC W/INTER | 35220.15 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 750.28 | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 2256.27 | .00 | .00 |

...

| | | | | |
|---|---|---|---|---|
| RESURGENT ACQUISITION LL | UNSECURED | 4473.24 | .00 | .00 |
| TOYOTA MOTOR CREDIT COMP | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 1068.42 | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 671.32 | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 7939.90 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 551.28 | .00 | .00 |
| FRANKLIN CREDIT MANAGEME | MORTGAGE ARRE | 666.63 | .00 | 420.39 |
| ROUNDUP FUNDING LLC | UNSECURED | 1846.18 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 458.26 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 681.60 | .00 | .00 |
| ILLINOIS DEPARTMENT OF R | UNSECURED | 706.00 | .00 | .00 |
| PETER FRANCIS GERACI | ATTORNEY | 1200.00 | .00 | 1200.00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 3,097.47 |
| DEBTOR REFUND | REFUND | | | 3,104.54 |

Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------
TRUSTEE                67,229.00

PRIORITY                                        .00
SECURED                                    55,787.83
    INTEREST                                3,120.37
UNSECURED                                     918.79
ADMINISTRATIVE                              1,200.00
TRUSTEE COMPENSATION                        3,097.47
DEBTOR REFUND                               3,104.54
                       ---------------    ---------------
TOTALS                 67,229.00           67,229.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE